IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES COPENHAVER and MARIANNE COPENHAVER, | ) | No. 2:26-cv-1140 |
| Plaintiffs, | ) | Hon. Christy Criswell Wiegand |
| v. | ) | ELECTRONICALLY FILED |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiffs and the United States of America hereby stipulate to extend the United States' deadline to respond to the Complaint by 35 days to, and including, October 16, 2026. *See* LCvR 7(E).

Dated: September 4, 2026

s/ Joseph Feldman by
s/ Stephen R, Terrell per email authorization
dated September 4, 2026
Joseph Feldman, Esq. PA Bar ID: 325234
Nicholas Feldman, Esq. PA Bar ID: 323226
1322 5th Avenue
Coraopolis, PA 15108
Telephone: (412) 262-6181

Douglas A. Latto, Esq.
Jeanne M. O'Grady, Esq.
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, NY 10573
Telephone: (914) 220-5333

Richard E. Genter, Esq.
Speiser Krause, PC
2617 Huntingdon Pike
Suite 101
Huntingdon Valley, PA 19006
Telephone: (215) 884-8190

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PHILIP D. MACWILLIAMS
Director, Torts Branch

s/ Stephen R. Terrell
STEPHEN R. TERRELL (CA Bar No. 210004)
Trial Attorney, Torts Branch
United States Department of Justice
P.O. Box 888
Washington, DC 20044
Tel: (202) 353-1651
Fax: (202) 616-5200
Email: Stephen.Terrell2@usdoj.gov

Attorneys for the United States

Attorneys for Plaintiffs